Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–18996–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Christopher A. Postus
100 3rd St
Brooklawn, NJ 08030

Social Security No.:
xxx–xx–5135

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/26/19.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 26, 2019
JAN: bc

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                   Case No. 16-18996-ABA
Christopher A. Postus                                                    Chapter 13
         Debtor
                                       CERTIFICATE OF NOTICE
District/off: 0312-1            User: admin                  Page 1 of 2                  Date Rcvd: Dec 26, 2019
                                Form ID: 148                 Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 28, 2019.
db             #+Christopher A. Postus,    100 3rd St,    Brooklawn, NJ 08030-2647
516920093       Bank of America,    PO Box 15312,    Wilmington, DE 19850-5312
516376271      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
517136526      +Bank of America, N.A.,    PROBER & RAPHAEL, A LAW CORPORATION,
                 20750 Ventura Boulevard, Suite 100,    Woodland Hills, California 91364-6207
517131089      +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
517131090      +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806,
                 Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
516166741      +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    Po Box 790040,
                 St Louis, MO 63179-0040
516378159      +Emerg Phy Assoc of S.Jersey,Pc,    6681 Country Club Drive,    Golden Valley MN 55427-4601
516166742      +Kivitz McKeever Lee, PC,    216 Haddon Ave, Ste 406,    Collingswood, NJ 08108-2812
516166747      +Raymore & Flanigan,    Attn: Legal Dept,    7248 Morgan Rd,    Liverpool, NY 13090-4535
516166752      +The Bureaus Inc.,    650 Dundee Rd,    Ste 370,    Northbrook, IL 60062-2757
516166753      +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 26 2019 23:38:25      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 26 2019 23:38:22      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: DRIV.COM Dec 27 2019 04:08:00      Santander Consumer USA Inc.,
                 P.O. Box 562088, Suite 900 North,    Dallas, TX 75356-2088
516360474       EDI: BANKAMER.COM Dec 27 2019 04:08:00      BANK OF AMERICA, N.A.,    Bank of America,
                 PO Box 31785,   Tampa, FL 33631-3785
516166736      +EDI: BANKAMER.COM Dec 27 2019 04:08:00      Bank Of America,   Nc4-105-03-14,    Po Box 26012,
                 Greensboro, NC 27420-6012
516205944       EDI: RECOVERYCORP.COM Dec 27 2019 04:08:00      Bureaus Investment Group Portfolio No 15 LLC,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
517319024      +EDI: PRA.COM Dec 27 2019 04:08:00      Bureaus Investment Group Portfolio No 15 LLC,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516166739       EDI: CITICORP.COM Dec 27 2019 04:08:00      Citibank,    7920 NW 110th St,
                 Kansas City, MO 64153
516166738      +EDI: CAPITALONE.COM Dec 27 2019 04:08:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516366170       EDI: Q3G.COM Dec 27 2019 04:08:00      Department Store National Bank,    c/o Quantum3 Group LLC,
                 PO Box 657,   Kirkland, WA 98083-0657
516327743       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 26 2019 23:54:52
                 LVNV Funding, LLC its successors and assigns as,    assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516166743      +EDI: MID8.COM Dec 27 2019 04:08:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
516166744      +EDI: MID8.COM Dec 27 2019 04:08:00      Midland Funding,    2365 Northside Dr Ste 30,
                 San Diego, CA 92108-2709
516286558      +EDI: MID8.COM Dec 27 2019 04:08:00      Midland Funding, LLC,    P.O. Box 2011,
                 Warren, MI 48090-2011
516166746       EDI: PRA.COM Dec 27 2019 04:08:00      Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                 Norfolk, VA 23541
516380640       EDI: PRA.COM Dec 27 2019 04:08:00      Portfolio Recovery Associates, LLC,    c/o The Home Depot,
                 POB 41067,   Norfolk VA 23541
516166748      +EDI: DRIV.COM Dec 27 2019 04:08:00      Santander Consumer USA,    Po Box 961245,
                 Fort Worth, TX 76161-0244
516225058      +EDI: DRIV.COM Dec 27 2019 04:08:00      Santander Consumer USA Inc.,    P.O. Box 560284,
                 Dallas, TX 75356-0284
516166749      +EDI: RMSC.COM Dec 27 2019 04:08:00      Synchrony Bank,    PO Box 960061,
                 Orlando, FL 32896-0061
516166751       EDI: TDBANKNORTH.COM Dec 27 2019 04:08:00      Td Banknorth,    Po Box 1190,   Lewiston, ME 04243
516287581       EDI: WFFC.COM Dec 27 2019 04:08:00      Wells Fargo Bank NA,    PO Box 10438,
                 Des Moines   IA    50306-0438
                                                                                                 TOTAL: 21

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516166737*     +Bank Of America,   Nc4-105-03-14,    Po Box 26012,   Greensboro, NC 27420-6012
516166740*    ++CITIBANK,   PO BOX 6043,    SIOUX FALLS SD 57117-6043
                 (address filed with court: Citibank,     7920 NW 110th St,   Kansas City, MO 64153)
516166745*     +Midland Funding,   2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
516166750*     +Synchrony Bank,   PO Box 960061,    Orlando, FL 32896-0061
                                                                                               TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1           User: admin              Page 2 of 2            Date Rcvd: Dec 26, 2019
                               Form ID: 148             Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 26, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              John R. Morton, Jr.    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
              Joshua I. Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Lee Martin Perlman    on behalf of Debtor Christopher A. Postus ecf@newjerseybankruptcy.com,
               mcdoherty@ecf.courtdrive.com
              Warren S. Jones, Jr.    on behalf of Creditor    BANK OF AMERICA, N.A. email@warrensjones.com,
               r46134@notify.bestcase.com;robert@warrensjones.com
                                                                                               TOTAL: 7